## BURKHALTER *v.* WILSON *et al.*

ATKINSON, J. This was a suit to enjoin the cutting of timber. The plaintiff and defendant claimed separate tracts of land from a common source of title. There was a conflict of evidence as to whether the land from which the timber was being taken was a part of the plaintiff's tract. In the circumstances the judge did not abuse his discretion in refusing a temporary injunction.

> *Judgment affirmed. All the Justices concur.*

No. 5240. JANUARY 12, 1927.

---

Injunctions, 32 C. J. p. 39, n. 83; p. 352, n. 87.

Petition for injunction. Before Judge Hardeman. Candler superior court. December 8, 1925.

*W. T. Burkhalter* and *Kirkland & Kirkland,* for plaintiff.

*W. H. Lanier,* for defendants.